**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HART, et al., | Old Case No. 1:25-CV-01029 JLT SKO |
| Plaintiffs, | New Case No. 1:25-CV-01029 JLT HBK |
| v. | ORDER RELATING CASES AND REASSIGNING MAGISTRATE JUDGE |
| SARAH OLMOS, et al., | |
| Defendants. | |

Pursuant to Local Rule 123, the Court finds that the above-captioned action is related under this court's Local Rule 123 to the following matter: *Hart v. Sandoval*, 1:24-cv-00071-HBK. The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same magistrate judge will promote convenience, efficiency, and economy for the court and parties. An order relating cases under this court's Local Rule 123 merely assigns them to the same magistrate judge, and no consolidation of cases is affected.

///

///

///

///

1

Based on good cause, this court **ORDERS** that the above-captioned action be reassigned to U.S. Magistrate Judge Helena M. Barch-Kuchta.  The case will remain assigned to U.S. District Judge Jennifer L. Thurston.  Going forward, all documents shall bear the new case number:

**1:25-CV-01029 JLT HBK**

IT IS SO ORDERED.

Dated:   **January 27, 2026**

UNITED STATES DISTRICT JUDGE